# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

PHILLIP SCOTT :

    Plaintiff : CIVIL ACTION NO. 17-1106

v. : (JUDGE MANNION)

NANCY A. BERRYHILL :

    Defendant :

## ORDER

For the reasons set forth in the Memorandum issued on this date, **IT IS HEREBY ORDERED THAT:**

1. Judge Schwab's report and recommendation is **ADOPTED** in its entirety. (Doc. 12).

2. Plaintiff's objections are **OVERRULED**.

3. Plaintiff's request for relief is **DENIED**.

4. The Commissioner's decision denying plaintiff's claim is **AFFIRMED**.

5. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 4, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1106-01-ORDER.docx